# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

157646(112)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 157646
COA: 333720
Jackson CC: 15-002788-FC

RODNEY JAMAR MCKEE,
      Defendant-Appellant.

_____/

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental reply is GRANTED. The supplemental reply submitted on April 8, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2021



Clerk